ERHARDT v. HAHN. (Circuit Court of Appeals, Second Circuit. February 13, 1897.) No. 8. In Error to the Circuit Court of the United States for the Southern District of New York. Wallace Macfarlane, U. S. Atty. Comstock & Brown, for defendant in error. Dismissed on consent, pursuant to the twentieth rule. See 5 C. C. A. 99, 55 Fed. 273; 24 C. C. A. 265, 78 Fed. 620.

FASSETT v. VANDERBILT. (Circuit Court of Appeals, Second Circuit. May 19, 1897.) No. 125. Appeal from the District Court of the United States for the Southern District of New York. Edward Mitchell, U. S. Atty. Root & Clarke, for appellee. No opinion. Reversed, pursuant to the opinion of the supreme court on certiorari. The Conqueror, 166 U. S. 110, 17 Sup. Ct. 510.

FINK v. UNITED STATES. (Circuit Court of Appeals, Second Circuit.) Questions of law certified to the supreme court of the United States. See 18 Sup. Ct. 770.

THE FLORIDA. (Circuit Court of Appeals, Second Circuit. January 20, 1897.) No. 87. Appeal from the District Court of the United States for the Southern District of New York. Wilcox, Adams & Green, for appellant Berwind-White Coal-Min. Co. Stimson & Williams, for appellee the Florida. Dismissed on consent, pursuant to the twentieth rule. See 56 Fed. 614.

FOSTER v. WERTHEIMER. (Circuit Court of Appeals, Second Circuit. October 21, 1896.) Appeal from the Circuit Court of the United States for the Southern District of New York. Cowen & Dickerson and Nicoll & Brown, for appellant. Gifford & Bull, for appellee. Dismissed by consent, without costs.

GOLDSMITH et al. v. NATIONAL S. S. CO. (Circuit Court of Appeals, Second Circuit. April 29, 1895.) No. 103. Appeal from the Circuit Court of the United States for the Eastern District of New York. Wilhelmus Mynderse, for appellants. John Chetwood, for appellee. No opinion. Affirmed.

GOLD SOVEREIGN MIN. & TUNNEL CO. et al. v. STRATTON. (Circuit Court of Appeals, Eighth Circuit. May 16, 1898.) No. 1,042. Appeal from the Circuit Court of the United States for the District of Colorado. C. S. Thomas, W. H. Bryant, and H. H. Lee, for appellants. Charles J. Hughes, Jr., for appellee. Dismissed, with costs, per stipulation of the parties.

GOODENOUGH v. CARY. (Circuit Court of Appeals, Second Circuit. May 3, 1897.) No. 113. Appeal from the Circuit Court of the United States for the Southern District of New York. Brieson & Knauth, for appellant. Henry A. Prince and Edward S. Beach, for appellee. No opinion. Affirmed on the opinion of the circuit court. 77 Fed. 827.